

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

CST Permian, Inc.,

Vs. No. 11-23-00036-CV

SW Fluids, LLC,

\* From the County Court at Law No. 2
of Midland County,
Trial Court No. CC24145.

\* May 9, 2024

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm in part, we reverse and remand in part, and we reverse and render in part. The trial court's grant of summary judgment in favor of Appellee and its corresponding judgment on that basis is affirmed. We reverse the trial court's judgment awarding attorney's fees to Appellee in the amount of $4,800, and we remand this issue to the trial court for reconsideration and a redetermination of the amount of reasonable attorney's fees to be awarded Appellee, if any. We reverse the trial court's judgment awarding contingent appellate attorney's fees to Appellee, and we render judgment that Appellee take nothing on that claim. The costs incurred by reason of this appeal are taxed against the party incurring same.